**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH LAYFIELD,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 2:26-CV-1287-DMC<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is the parties' stipulation for an extension of time to July 29, 2026, for Plaintiff to file his dispositive motion. See ECF No. 10. Good cause appearing therefor, the parties' stipulation is approved. Plaintiff's dispositive motion is due by July 29, 2026.

IT IS SO ORDERED.

Dated: July 14, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE