ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
LINDSAY BEYER PAYNE (ILSBN 6289062)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (312) 596-1872
Email: Lindsay.Payne@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAYFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:26-cv-01287-ICD<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

///

///

///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 10, 2026

HCA LAW, LLC

By: */s/ Kevin Heitke**
KEVIN HEITKE, ESQ.
Attorney for Plaintiff
[*As authorized by e-mail on September 3, 2026]

Dated: September 10, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1

By: */s/ Lindsay Beyer Payne*
LINDSAY BEYER PAYNE
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: September 10, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE